UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PETERSON DESRAVINES,

    Plaintiff,

-vs-                              Case No. 6:11-cv-732-Orl-18DAB

APOPKA POLICE DEPARTMENT, JAMES
ANDERSON, in his professional & individual
capacities, CITY OF APOPKA, ORANGE COUNTY
SCHOOL BOARD, RONALD BLOCKER,
Superintendent, ORANGE COUNTY, JOHN DOES,
Individually & Jointly, JANE DOES, Individually &
Jointly,

    Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. No. 2). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the Plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The motion is hereby **DENIED** and the complaint is **DISMISSED** without prejudice to the refiling of an Amended Complaint that meets the pleading standard as to each claim asserted, accompanied by a complete and accurate motion to proceed *in forma pauperis*, if appropriate. Clerk of the Court is directed to **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this 23 day of May, 2011.

G. KENDALL SHARP
Senior United States District Judge

Copies to: Unrepresented Party